EXHIBIT "C"

----- Forwarded Message -----
**From:** Samantha Burns <samanthab593@gmail.com>
**To:** Rachel Vierschilling <rvierschilling@artifect.com>
**Cc:** Brian O'Connor <brian@artifect.com>; EJ Colville <ecolville@artifect.com>; Robert J. Basil <robertjbasil@rjbasil.com>
**Sent:** Friday, January 26, 2018 10:31 AM
**Subject:** Re: EKLLC Status Update

Hi All,

I would appreciate a response to my previous email.

Thanks,
Samantha

On Thu, Jan 25, 2018 at 10:36 AM Samantha Burns <samanthab593@gmail.com> wrote:
Hi Rachel and Robert,

The information that Elizabeth gave you is incorrect. My final day of employment was December 28th. I was informed I would be paid for my work up until that day.

First, there was a payrol that was was due on 12/8 that was missed and I am still waiting for that paycheck. I know in the last few months Elizabeth began writing checks by hand and calculating payroll haphazardly, without using the proper system or record keeping. I'm attaching a clear outline of what I was paid and what is missing, with corresponding documents and images of checks. Please note that this amount on hand written checks reflect my take home pay, not what is owed in payroll taxes. Was a record kept of this? I will not be responsible for the companies payroll taxes if there was a lack of record keeping on their end.

Secondly, I was repeatedly assured by Elizabeth herself that we would be paid everything I was owed, it was only a matter of finalizing the investment that was on its way. So I continued working until the 28th of December. I expect to be compensated for the days I worked between December 17th and the December 28th, 2018. I gave up time during the Christmas holiday, one of the only holiday's that usually honored by EKLLC all year, to work on urgent projects, all with the understanding and reassurance that I would be compensated for my time.

I'm Also attaching my expense report for $258.27, which I was told would be reimbursed with my final paycheck that I have not yet receive.

Please also note that I live paycheck to paycheck and these missing funds is a serious amount of money to me and my family. It has been a struggle trying to recover from the lack of payment by EKLLC.

Please review my list of missing checks and my expense report attached. In summary, this is what I'm still owed by the company:

1. Paycheck due 1/5 for 12/18-12/31: $1,356.07
2. Paycheck due 12/8 for 11/20-12/3: $1,356.07
3. Expense report of $258.27
TOTAL: $2,970.41

I would appreciate an immediate response to these urgent matters.

Thanks,
Samantha

EKLLC Missing Payments.pdf

new doc 2018-01-25 10.13.07.pdf

On Wed, Jan 24, 2018 at 5:59 PM Rachel Vierschilling <rvierschilling@artifect.com> wrote:
Hi Sam -

To bring you up to speed, Artifect was just brought into this situation late last week to determine where everything stands with EKLLC.

Per Elizabeth's instructions, the last payroll run was made on 12/22/17 for work through 12/17/17. There was no active payroll beyond that date.   Hence the term date of 12/17/17.

I don't know what Elizabeth may or may not have communicated to the staff regarding the situation beyond 12/17/17.   We are very much interested in hearing from you if you believe you were misled by any of the company's representatives, resulting in your unpaid services.  Please forward any of this information to Robert Basil.

Best,
Rachel Vierschilling
ARTIFECT
32 East 31st St, 9th Floor, New York, NY 10016
O: 212.433.2267  C: 908.418.8657

On Jan 24, 2018, at 3:17 PM, Samantha Burns <samanthab593@gmail.com> wrote:

> Hi Rachel,
>
> Hope you are well!
>
> I'm a bit confused by this letter, my last day wasn't December 17th, but December 28th.
>
> I also have three weeks of pay and an expense report that was never reimbursed. Who should I send my request for payment to?
>
> Let me know about the above and thank you for your help!
>
> Thanks,
> Sam
>
> On Wed, Jan 24, 2018 at 3:09 PM Rachel Vierschilling <rvierschilling@artifect.com> wrote:
>> Samantha -
>>
>> We regret to inform you that Elizabeth Kennedy LLC has ceased operations due to financial

insolvency. Please find attached your termination letter for your files.

------------------

RACHEL VIERSCHILLING
ARTIFECT
32 EAST 31ST STREET 9TH FLOOR, NEW YORK, NY 10016
T 212.433.2267   C 908.418.8657
ARTIFECT.COM

--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com

--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com

--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com

----- Forwarded Message -----
**From:** Sophia L. Blanco <sophialynnblanco@gmail.com>
**To:** Robert J. Basil <robertjbasil@rjbasil.com>; EJ Colville <ecolville@artifect.com>; Rachel Vierschilling <rvierschilling@artifect.com>; Brian O'Connor <brian@artifect.com>
**Sent:** Thursday, January 25, 2018 11:19 AM
**Subject:** Fwd: Delivery Status Notification (Failure)

Initial communication without response is below.

---------- Forwarded message ----------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Tue, Dec 19, 2017 at 1:45 PM
Subject: Delivery Status Notification (Failure)
To: sophialynnblanco@gmail.com



### Address not found

Your message wasn't delivered to **elizabeth@elizabethkennedy.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:
550 5.2.1 The email account that you tried to reach is disabled. Learn more at https://support.google.com/mail/?p=DisabledUser b202sor1037537qkc.34 - gsmtp

Final-Recipient: rfc822; elizabeth@elizabethkennedy.com

Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; 550 5.2.1 The email account that you tried to reach is disabled. Learn more at
https://support.google.com/mail/?p=DisabledUser b202sor1037537qkc.34 - gsmtp
Last-Attempt-Date: Tue, 19 Dec 2017 10:45:33 -0800 (PST)

---------- Forwarded message ----------
From: "Sophia L. Blanco" <sophialynnblanco@gmail.com>
To: elizabeth@elizabethkennedy.com, Shan Reddy <sreddy@elizabethkennedy.com>
Cc:
Bcc:
Date: Tue, 19 Dec 2017 13:45:02 -0500
Subject: Fwd: Pay-checks

Hi Elizabeth, Shan,

I attempted to be in contact with the new finance department at EK, with no response on when I can expect to receive my paychecks. Please be in touch as soon as possible.

Thanks,
Sophia

---------- Forwarded message ----------
From: **Sophia L. Blanco** <sophialynnblanco@gmail.com>
Date: Thu, Dec 14, 2017 at 6:14 PM
Subject: Pay-checks
To: finance@elizabethkennedy.com

Hi,

Shan Reddy advised me to be in touch. I'm waiting on past-due payments for work done from Nov. 20 through Dec. 8. Please be in touch.

Thanks,
Sophia Blanco

----- Forwarded Message -----
**From:** Laurens Meister <meisterlaurens@gmail.com>
**To:** Rachel Vierschilling <rvierschilling@artifect.com>
**Cc:** Robert J. Basil <robertjbasil@rjbasil.com>; Brian O'Connor <brian@artifect.com>; EJ Colville <ecolville@artifect.com>
**Sent:** Wednesday, January 24, 2018 6:04 PM
**Subject:** Re: EKLLC Status Update

Hi All,

I worked until this Monday and I expect to paid accordingly.

Please adjust the termination letter.

It horrible enough to be left without job but the owners should be at least responsible enough to pay all the employees what they are owed.

I have a rent to pay, I have bills to pay.
This is incredibly disrespectful and unprofessional towards the people who tried their best to make the company work.

Please behave responsibly and don't let the employees suffer because of the fight in the ownership.

Best,

Laurens
Sent from my iPhone

On 24 Jan 2018, at 17:38, Rachel Vierschilling <rvierschilling@artifect.com> wrote:

Laurens -

This date came from Elizabeth - the last payroll that was run was on 12/22/17 for work through 12/17/17.  There was no active payroll beyond this date.

Rachel Vierschilling
ARTIFECT
32 East 31st St, 9th Floor, New York, NY 10016
O: 212.433.2267  C: 908.418.8657

On Jan 24, 2018, at 3:43 PM, Laurens Meister <meisterlaurens@gmail.com> wrote:

Hi,

Thanks for this.

Could you please explain why the date of termination is December 17, 2017 and not 1/24/2017?

Best,

Laurens

Sent from my iPhone

On 24 Jan 2018, at 15:14, Rachel Vierschilling <rvierschilling@artifect.com> wrote:

> Laurens -
>
> We regret to inform you that Elizabeth Kennedy LLC has ceased operations due to financial insolvency. Please find attached your termination letter for your files.
>
> ----------------
>
> RACHEL VIERSCHILLING
> ARTIFECT
> 32 EAST 31ST STREET 9TH FLOOR, NEW YORK, NY 10016
> T 212.433.2267   C 908.418.8657
> ARTIFECT.COM
>
>
> <Meister.pdf>

----- Forwarded Message -----
**From:** Robert J Basil <robertjbasil@rjbasil.com>
**To:** Chong Kim <chonghkim@optonline.net>; Brian O'Connor <brian@artifect.com>; EJ Colville <ecolville@artifect.com>
**Sent:** Tuesday, January 23, 2018 11:08 PM
**Subject:** Re: paycheck

Chong

Just curious.  When you "CC" Elizabeth Kennedy, does the "CC" bounce or not?  I suggest in any event that you do not "CC" Elizabeth Kennedy from now on.

As soon as I can get my hands around the payroll situation, I will be contacting the Department of Labor to understand that best way to address the situation.  All the company's cash is gone, so it will not be resolved quickly.

Bob

Robert J. Basil
**The Basil Law Group, P.C.**
1270 Broadway, Suite 305
New York, NY 10001
917-512-3066
831-536-1075 (fax)


**From:** Chong Kim <chonghkim@optonline.net>
**To:** brian@artifect.com
**Cc:** ekennedy@elizabethkennedy.com; robertjbasil@rjbasil.com
**Sent:** Tuesday, January 23, 2018 11:03 PM
**Subject:** paycheck

Hi Brian

My name is Chong Kim. I work as a production pattern maker at Elizabeth Kennedy LLC.
Elizabeth Kennedy listed the pay stub online on paycheck records ,but have not yet given me the actual payment .Please pay me as soon as possible.

Thanks

Chong kim

Pay stub for period: 11/20/2017 - 12/03/2017

**Elizabeth Kennedy LLC**
257 West 38th Street
5F
New York, NY 10018

Date: 12/08/2017

Chong Kim
632 Arbor Ct
River Vale, NJ 07675

Net Pay: $ 2525.43

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 57.00 | 57.00 | 3249.00 | 13822.50 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 308.12 | 1193.90 |
| Social Security | 201.44 | 857.00 |
| Medicare | 47.11 | 200.43 |
| NY Income Tax | 166.90 | 678.69 |
| NJ Income Tax | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 3249.00 | 13822.50 |
| Deductions | 0.00 | 0.00 |
| Taxes | 723.57 | 2930.02 |

Net This Check: $2,525.43