E X H I B I T   "E"

----- Forwarded Message -----
**From:** Robert J Basil <robertjbasil@rjbasil.com>
**To:** Chong Kim <chonghkim@optonline.net>; Brian O'Connor <brian@artifect.com>; EJ Colville <ecolville@artifect.com>
**Sent:** Tuesday, January 23, 2018 11:08 PM
**Subject:** Re: paycheck

Chong

Just curious.  When you "CC" Elizabeth Kennedy, does the "CC" bounce or not?  I suggest in any event that you do not "CC" Elizabeth Kennedy from now on.

As soon as I can get my hands around the payroll situation, I will be contacting the Department of Labor to understand that best way to address the situation.  All the company's cash is gone, so it will not be resolved quickly.

Bob

Robert J. Basil
**The Basil Law Group, P.C.**
1270 Broadway, Suite 305
New York, NY 10001
917-512-3066
831-536-1075 (fax)

---

**From:** Chong Kim <chonghkim@optonline.net>
**To:** brian@artifect.com
**Cc:** ekennedy@elizabethkennedy.com; robertjbasil@rjbasil.com
**Sent:** Tuesday, January 23, 2018 11:03 PM
**Subject:** paycheck

Hi Brian

My name is Chong Kim. I work as a production pattern maker at Elizabeth Kennedy LLC.
Elizabeth Kennedy listed the pay stub online on paycheck records ,but have not yet given me the actual payment .Please pay me as soon as possible.

Thanks

Chong kim

Pay stub for period: 11/20/2017 - 12/03/2017

Elizabeth Kennedy LLC
257 West 38th Street
5F
New York, NY 10018

Date: 12/08/2017

Chong Kim
632 Arbor Ct
River Vale, NJ 07675

Net Pay: $ _2525.43_

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 57.00 | 57.00 | 3249.00 | 13822.50 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 308.12 | 1193.90 |
| Social Security | 201.44 | 857.00 |
| Medicare | 47.11 | 200.43 |
| NY Income Tax | 166.90 | 678.69 |
| NJ Income Tax | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 3249.00 | 13822.50 |
| Deductions | 0.00 | 0.00 |
| Taxes | 723.57 | 2930.02 |

Net This Check:  $2,525.43

----- Forwarded Message -----
**From:** Samantha Burns <samanthab593@gmail.com>
**To:** Robert J Basil <robertjbasil@yahoo.com>
**Cc:** Brian O'Connor <brian@artifect.com>; EJ Colville <ecolville@artifect.com>; Rachel Vierschilling <rvierschilling@artifect.com>
**Sent:** Wednesday, February 14, 2018 8:51 PM
**Subject:** Re: Updated docs/final payment info - Elizabeth Kennedy

Hi Bob,

By upper management I mean Elizabeth or Shan. Both were involved in the opening of the unit as it was a long time ago.

Do you plan to resolve this any time in the near future? If not please let me know as I will need to make another plan. My soon-to-be husband does not want our joint credit score to suffer from this.

Please let me know if you plan to take this off my hands. I really don't think it's fair I have to deal with this as I am no longer employed by or being paid for my time by this company.

Thanks,
Sam

Thanks,
Sam

On Wed, Feb 14, 2018 at 8:25 PM Robert J Basil <robertjbasil@rjbasil.com> wrote:
  Who was "upper management"???

  Robert J. Basil
  **The Basil Law Group, P.C.**
  1270 Broadway, Suite 305
  New York, NY 10001
  917-512-3066
  831-536-1075 (fax)

**From:** Samantha Burns <samanthab593@gmail.com>
**To:** Robert J Basil <robertjbasil@yahoo.com>
**Cc:** Brian O'Connor <brian@artifect.com>; EJ Colville <ecolville@artifect.com>; Rachel Vierschilling <rvierschilling@artifect.com>

**Sent:** Wednesday, February 14, 2018 8:09 PM

**Subject:** Re: Updated docs/final payment info - Elizabeth Kennedy

Hi Robert

Thanks for your response.

Elizabeth Kennedy LLC misled me when I opened this unit by upper management. I was under the impression I was merely the contact person and only found out I was the owner after I had resigned from EKLLC.

As a majority owner of LLC, I kindly request that you take care of this issue ASAP. May I also kindly remind you that I'm a 24 year old assistant designer, and should not be held responsible for the actions of EK, EK LLC, or any owners of EK LLCs regarding outstanding invoices or any further correspondence between outstanding creditors. I have worked very hard to keep good credit and it is not fair that I am personally liable for the company's financial troubles.

On another note, these goods belong to EKLLC. Im certain that you could sell the gowns and hundreds of yards of fabric and use the profits to pay back some investors, the bank or creditors. There is an inventory list in the office if you'd like to see the exact value of what is in the unit.

Please let me know ASAP if you plan to resolve this.

Thanks,
Sam


On Tue, Feb 13, 2018 at 7:37 PM Robert J Basil <robertjbasil@rjbasil.com> wrote:
> Samantha
>
> This is the result of your being cheated by whomever at the company told you to put this in your name. You should contact that person.
>
> The Company has no funds to pay Gotham, and none of the shareholders were even informed of this storage issue until after Elizabeth took off.
>
> All funds that may come in (there are none at this point) belong to Noah Bank at this point, the secured creditor, and the IRS.
>
> There is an auction to sell the contents at the end of the month. If the auction brings in enough money, the debt will be paid off.
>
> Bob
>
> Robert J. Basil
> **The Basil Law Group, P.C.**
> 1270 Broadway, Suite 305
> New York, NY 10001
> 917-512-3066
> 831-536-1075 (fax)

**From:** Samantha Burns <samanthab593@gmail.com>
**To:** Rachel Vierschilling <rvierschilling@artifect.com>
**Cc:** Brian O'Connor <brian@artifect.com>; EJ Colville <ecolville@artifect.com>; Robert J. Basil <robertjbasil@rjbasil.com>
**Sent:** Tuesday, February 13, 2018 6:54 PM
**Subject:** Re: Updated docs/final payment info - Elizabeth Kennedy

Hi All,

Thank you for this information and clearing everything up!

On another note I have an urgent issue pertaining to EKLLC.

I have receieved an email from the storage unit that I was the contact for that I AM STILL responsible for the payment. I have spoken to the manager several times and he says he transferred the unit over to your company, with Robert as the contact. However, until the payment is made I am still liable and this is going to affect my credit score.

I have been calling the company daily trying to get this sorted out and I'm growing more frustrated. I have stated a new position and don't have the time to continue to deal with this unit. I'm also highly concerned about this affecting my personal credit score as I had no intention of this ever being under my personal name and still am not sure why it was never set up as a business account!

I would greatly appreciate some help with this issue and would love to get it taken care of ASAP before my personal finances are further affected.

Please call me if you have any further details.

Thanks!
Sam

On Sun, Feb 11, 2018 at 5:45 PM Rachel Vierschilling <rvierschilling@artifect.com> wrote:

Hi Samantha -

Please find attached your corrected termination letter as well as the copy of your final pay stub(s).  You will receive your payment via direct deposit this Wed (2/14/18) coming from Artifect.

If you haven't already received your W-2, it will be sent to you via email as soon as it is available.  Some of those are still in process.

Thank you again for your patience while we worked to make this right.

Best,
Rachel

RACHEL VIERSCHILLING
ARTIFECT
32 EAST 31ST STREET 9TH FLOOR  NEW YORK, NY 10016
T 212.433.2267  C 908.418.8657
ARTIFECT.COM

--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com


--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com


--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com

----- Forwarded Message -----
**From:** Robert J Basil <robertjbasil@rjbasil.com>
**To:** Rachel Vierschilling <rvierschilling@artifect.com>; Robert J Basil <robertjbasil@yahoo.com>
**Cc:** "ecolville@artifect.com" <ecolville@artifect.com>; Brian O'Connor <brian@artifect.com>
**Sent:** Wednesday, January 24, 2018 5:08 PM
**Subject:** Re: Dates for termination

Everyone should be told that the Date was given to us by Elizabeth

Robert J. Basil
**The Basil Law Group, P.C.**
1270 Broadway, Suite 305
New York, NY 10001
917-512-3066
831-536-1075 (fax)

---

**From:** Rachel Vierschilling <rvierschilling@artifect.com>
**To:** Robert J Basil <robertjbasil@yahoo.com>
**Cc:** "ecolville@artifect.com" <ecolville@artifect.com>; Brian O'Connor <brian@artifect.com>
**Sent:** Wednesday, January 24, 2018 3:41 PM
**Subject:** Re: Dates for termination

Bob -

Let me know if you want me to respond to all the questions (as I expected) to the Dec 17 date.   FYI - Jose Villalta just called me - he said he was paid by Elizabeth on Jan 12 (I didn't get details beyond that).

"Artifect was brought into this situation only late last week and we're trying to put together the facts based on the information to which we have access.  The directive was given by Elizabeth to the accountant to cancel payroll before the Jan 5 payroll ran.  Therefore, the last payroll paid out was on 12/22/17 which was for work through Dec 17, 2017.  Elizabeth informed the accountant that anyone still working after that would be paid as a contractor instead of as an employee.  We are learning that this information may or may not have been communicated by Elizabeth to those still in the office.  Regardless, the official termination date of employment is Dec 17, 2017"

..................

RACHEL VIERSCHILLING
ARTIFECT
3? EAST 31ST STREET 9TH FLOOR, NEW YORK, NY 10016