EXHIBIT "F"

----- Forwarded Message -----
**From:** Samantha Burns <samanthab593@gmail.com>
**To:** Rachel Vierschilling <rvierschilling@artifect.com>
**Cc:** Brian O'Connor <brian@artifect.com>; EJ Colville <ecolville@artifect.com>; Robert J. Basil <robertjbasil@rjbasil.com>
**Sent:** Friday, January 26, 2018 10:31 AM
**Subject:** Re: EKLLC Status Update

Hi All,

I would appreciate a response to my previous email.

Thanks,
Samantha

On Thu, Jan 25, 2018 at 10:36 AM Samantha Burns <samanthab593@gmail.com> wrote:
> Hi Rachel and Robert,
>
> The information that Elizabeth gave you is incorrect. My final day of employment was December 28th. I was informed I would be paid for my work up until that day.
>
> First, there was a payrol that was was due on 12/8 that was missed and I am still waiting for that paycheck. I know in the last few months Elizabeth began writing checks by hand and calculating payroll haphazardly, without using the proper system or record keeping. I'm attaching a clear outline of what I was paid and what is missing, with corresponding documents and images of checks. Please note that this amount on hand written checks reflect my take home pay, not what is owed in payroll taxes. Was a record kept of this? I will not be responsible for the companies payroll taxes if there was a lack of record keeping on their end.
>
> Secondly, I was repeatedly assured by Elizabeth herself that we would be paid everything I was owed, it was only a matter of finalizing the investment that was on its way. So I continued working until the 28th of December. I expect to be compensated for the days I worked between December 17th and the December 28th, 2018. I gave up time during the Christmas holiday, one of the only holiday's that usually honored by EKLLC all year, to work on urgent projects, all with the understanding and reassurance that I would be compensated for my time.
>
> I'm Also attaching my expense report for $258.27, which I was told would be reimbursed with my final paycheck that I have not yet receive.
>
> Please also note that I live paycheck to paycheck and these missing funds is a serious amount of money to me and my family. It has been a struggle trying to recover from the lack of payment by EKLLC.
>
> Please review my list of missing checks and my expense report attached. In summary, this is what I'm still owed by the company:

1. Paycheck due 1/5 for 12/18-12/31: $1,356.07
2. Paycheck due 12/8 for 11/20-12/3: $1,356.07
3. Expense report of $258.27
TOTAL: $2,970.41

I would appreciate an immediate response to these urgent matters.

Thanks,
Samantha

EKLLC Missing Payments.pdf

new doc 2018-01-25 10.13.07.pdf

On Wed, Jan 24, 2018 at 5:59 PM Rachel Vierschilling <rvierschilling@artifect.com> wrote:
> Hi Sam -
>
> To bring you up to speed, Artifect was just brought into this situation late last week to determine where everything stands with EKLLC.
>
> Per Elizabeth's instructions, the last payroll run was made on 12/22/17 for work through 12/17/17. There was no active payroll beyond that date.   Hence the term date of 12/17/17.
>
> I don't know what Elizabeth may or may not have communicated to the staff regarding the situation beyond 12/17/17.   We are very much interested in hearing from you if you believe you were misled by any of the company's representatives, resulting in your unpaid services.  Please forward any of this information to Robert Basil.
>
> Best,
> Rachel Vierschilling
> ARTIFECT
> 32 East 31st St, 9th Floor, New York, NY 10016
> O: 212.433.2267  C: 908.418.8657
>
> On Jan 24, 2018, at 3:17 PM, Samantha Burns <samanthab593@gmail.com> wrote:
>
>> Hi Rachel,
>>
>> Hope you are well!
>>
>> I'm a bit confused by this letter, my last day wasn't December 17th, but December 28th.
>>
>> I also have three weeks of pay and an expense report that was never reimbursed. Who should I send my request for payment to?
>>
>> Let me know about the above and thank you for your help!
>>
>> Thanks,
>> Sam
>>
>> On Wed, Jan 24, 2018 at 3:09 PM Rachel Vierschilling <rvierschilling@artifect.com> wrote:
>>> Samantha -
>>>
>>> We regret to inform you that Elizabeth Kennedy LLC has ceased operations due to financial

insolvency. Please find attached your termination letter for your files.

------------------

RACHEL VIERSCHILLING
ARTIFECT
32 EAST 31ST STREET 9TH FLOOR, NEW YORK, NY 10016
T 212.433.2267    C 908.418.8657
ARTIFECT.COM

--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com

--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com

--
**Samantha Burns**
(972)369-9693
samanthaburnsdesigns.com