EXHIBIT "I"



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2017 through December 29, 2017

Account Number: 000000215861771

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00202481 DRE 802 219 36417 NNNNNNNNNN  1 000000000 64 0000

ELIZABETH KENNEDY, LLC
257 W 38TH ST 5F
NEW YORK NY 10018-4457



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$549.46** |
| Deposits and Additions | 6 | 32,557.19 |
| Checks Paid | 9 | -14,886.41 |
| ATM & Debit Card Withdrawals | 39 | -5,879.19 |
| Electronic Withdrawals | 6 | -12,353.02 |
| **Ending Balance** | **60** | **-$11.97** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | Book Transfer Credit B/O: The Bank of Yokohama Ltd Tokyo PC 103 Japan Org.:/200121802518 Tt20030164221 Novarese Inc Ref:/Acc/Add:623 Broadway New York NY 10012 USA Trn: 5386700338Ha | $3,005.90 |
| 12/05 | Deposit       936195978 | 2,000.00 |
| 12/06 | Book Transfer Credit B/O: Societe Generale Paris France 75009- Org:/Fr7630003033920302032245330 1/Golfe Centrale D Achats Ogb: Societe Generale 29 Boulevard Haussmann Ref: 40118929 Oc70.71.72 Dep Alothman/Chgs/USD27,00/Ocmt/USD22822,29/ Trn: 4799700338Gz | 22,795.29 |
| 12/06 | Payment To Chase Card Ending IN 1573 Cancelled | 1,000.00 |
| 12/13 | ATM Check Deposit       12/13 498 Fashion Ave New York NY Card 7134 | 1,186.00 |
| 12/14 | Deposit       944532737 | 2,570.00 |
| **Total Deposits and Additions** | | **$32,557.19** |

Page 1 of 4



December 01, 2017 through December 29, 2017

Account Number: 000000215861771

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001 ^ | | 12/11 | $1,885.78 |
| 1002 ^ | | 12/07 | 745.62 |
| 1004 * ^ | 12/07 | 12/07 | 806.20 |
| 1005 ^ | | 12/07 | 2,888.72 |
| 1006 ^ | | 12/06 | 1,818.61 |
| 1007 ^ | | 12/06 | 1,363.59 |
| 1008 ^ | | 12/06 | 3,917.93 |
| 1010 * ^ | | 12/08 | 103.89 |
| 1011 ^ | | 12/08 | 1,356.07 |

**Total Checks Paid**  $14,886.41

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | Card Purchase With Pin  12/04 Mood Designer Fabrics New York NY Card 7134 | $495.38 |
| 12/04 | ATM Withdrawal          12/04 498 Fashion Ave New York NY Card 7134 | 350.00 |
| 12/05 | Card Purchase       12/04 C And J Textiles Inc New York NY Card 7134 | 933.30 |
| 12/05 | Card Purchase       12/04 Guide Fabrics New York NY Card 7134 | 310.50 |
| 12/06 | Card Purchase       12/05 C And J Textiles Inc New York NY Card 7134 | 36.60 |
| 12/06 | Card Purchase       12/05 Sil Thread New York NY Card 7134 | 14.00 |
| 12/06 | Card Purchase       12/05 Wpy*Helping Stephen F 855-469-3729 CA Card 7134 | 200.00 |
| 12/06 | Card Purchase       12/06 Google *Svcsapps_Eli Cc@Google.Com CA Card 7134 | 97.08 |
| 12/06 | Card Purchase       12/06 Google *Svcsapps_Eli Cc@Google.Com CA Card 7134 | 12.64 |
| 12/06 | Card Purchase       12/05 Pacific Trimming New York NY Card 7134 | 30.00 |
| 12/06 | Card Purchase       12/05 Pacific Trimming New York NY Card 7134 | 5.00 |
| 12/06 | Card Purchase With Pin  12/06 Beads World New York NY Card 7134 | 29.94 |
| 12/07 | Card Purchase       12/06 Hp *Instant Ink 855-785-2777 CA Card 7134 | 65.31 |
| 12/07 | Card Purchase       12/07 Uline  *Ship Supplies 800-295-5510 WI Card 7134 | 372.09 |
| 12/07 | Card Purchase       12/06 Starbucks Store 07468 New York NY Card 7134 | 4.63 |
| 12/07 | Card Purchase       12/06 Fedexoffice   00009613 New York NY Card 7134 | 26.44 |
| 12/08 | Card Purchase       12/07 M&S Schmalberg Inc New York NY Card 7134 | 649.00 |
| 12/08 | Card Purchase       12/07 Andreaarden.Com Andreaarden.C NY Card 7134 | 350.00 |
| 12/08 | Card Purchase       12/07 Ovest Pizzoteca New York NY Card 7134 | 74.04 |
| 12/08 | Card Purchase With Pin  12/08 Brooklyn Fare #192 New York NY Card 7134 | 26.96 |
| 12/08 | Non-Chase ATM Withdraw  12/08 431W 37 St New York NY Card 7134 | 202.50 |
| 12/11 | Card Purchase       12/08 Duane Reade #14433 New York NY Card 7134 | 55.44 |
| 12/11 | Card Purchase       12/08 M&S Schmalberg Inc New York NY Card 7134 | 350.00 |
| 12/11 | Card Purchase       12/09 The Carlyle Hotel Fb New York NY Card 7134 | 174.25 |
| 12/11 | Card Purchase       12/09 New York Dog Spa & Hote New York NY Card 7134 | 26.14 |
| 12/11 | Card Purchase       12/09 New York Dog Spa & Hote New York NY Card 7134 | 28.31 |
| 12/11 | Card Purchase       12/10 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 7134 | 27.20 |
| 12/11 | Card Purchase       12/09 Duane Reade #14433 New York NY Card 7134 | 53.60 |
| 12/11 | Card Purchase With Pin  12/09 Brooklyn Fare #192 New York NY Card 7134 | 65.88 |
| 12/11 | Card Purchase       12/10 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7134 | 9.02 |
| 12/12 | Card Purchase       12/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7134 | 7.98 |



December 01, 2017 through December 29, 2017
Account Number: 000000215861771

## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | ATM Withdrawal        12/12 498 Fashion Ave New York NY Card 7134 | 260.00 |
| 12/12 | Card Purchase With Pin  12/12 C & C Button Inc New York NY Card 7134 | 66.00 |
| 12/13 | Card Purchase         12/12 Panda International of New York NY Card 7134 | 150.00 |
| 12/14 | Card Purchase         12/13 Guide Fabrics New York NY Card 7134 | 25.00 |
| 12/14 | ATM Withdrawal        12/14 615 8th Ave New York NY Card 7134 | 280.00 |
| 12/15 | Card Purchase         12/15 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7134 | 2.99 |
| 12/20 | Card Purchase         12/20 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7134 | 7.98 |
| 12/26 | Card Purchase         12/24 Apl* Itunes.Com/Bill 866-712-7753 CA Card 7134 | 3.99 |
| **Total ATM & Debit Card Withdrawals** | | **$5,879.19** |



## ATM & DEBIT CARD SUMMARY

Elizabeth Anne Bogojevic  Card 7134

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,092.50 |
| Total Card Purchases | $4,786.69 |
| Total Card Deposits & Credits | $1,186.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,092.50 |
| Total Card Purchases | $4,786.69 |
| Total Card Deposits & Credits | $1,186.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | 12/04 Online International Wire Transfer A/C: Foreign Cur Bus Acct Bk 1 Columbus Newark DE 197132107 Org: 00000000215861771 Elizabeth Kennedy, LLC Ben:/Fr7630004014360000132180687 Alexane Revert Ref: Spring 2018 Market Dressinginvoice Payment/Ocmt/Eur1000,00/Exch/0.8190/Cntr/66886203/ Trn: 8731400338Re | $1,221.00 |
| 12/06 | 12/06 Payment To Chase Card Ending IN 1573 | 1,000.00 |
| 12/06 | 12/06 Payment To Chase Card Ending IN 1573 | 1,500.00 |
| 12/11 | Quickpay With Zelle Payment To Elizabeth Kennedy 6734665517 | 5,000.00 |
| 12/14 | Quickpay With Zelle Payment To Elizabeth Kennedy 6744347313 | 1,165.00 |
| 12/15 | Quickpay With Zelle Payment To Elizabeth Kennedy 6747731742 | 2,467.02 |
| **Total Electronic Withdrawals** | | **$12,353.02** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/04 | $1,488.98 | 12/08 | 8,343.61 | 12/14 | 2,470.01 |
| 12/05 | 2,245.18 | 12/11 | 667.99 | 12/15 | 0.00 |
| 12/06 | 16,015.08 | 12/12 | 334.01 | 12/20 | -7.98 |
| 12/07 | 11,106.07 | 12/13 | 1,370.01 | 12/26 | -11.97 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $9.95 |
| **Total Service Charges** | **$9.95**  Will be assessed on 1/2/18 |



December 01, 2017 through December 29, 2017

Account Number: 000000215861771

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **No Hassle Fees** | | | | | |
| ATM - Non Chase Withdrawal | 1 | Unlimited | 0 | $2.50 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 1 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 3 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 53 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| International Incoming Wire Fee | 2 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Fx Intl Wire Fee | 1 | 4 | 0 | $40.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Online - Financial Mgmt Access Fee | 1 | 0 | 1 | $9.95 | $9.95 |
| **Subtotal Other Service Charges (Will be assessed on 1/2/18)** | | | | | **$9.95** |

**ACCOUNT** 000000215861771

| | |
|---|---|
| **No Hassle Fees** | |
| ATM - Non Chase Withdrawal | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 1 |
| Electronic Credits | 3 |
| **Credits** | |
| Non-Electronic Transactions | 53 |
| **Electronic Credits** | |
| International Incoming Wire Fee | 2 |
| **Miscellaneous Fees** | |
| Online Fx Intl Wire Fee | 1 |
| **Cash Management Services** | |
| Online - Financial Mgmt Access Fee | 1 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC