# THOMPSON LLP

75 Broad Street | Suite 2120 | New York, New York 10004 | 212.920.6050

Andrew Goldenberg
tel 212.566.4054 | fax 646.924.3040
agoldenberg@thomplegal.com

September 23, 2019

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
40 Foley Square Room 435
New York, New York 10007

*Re: Elizabeth Plaintiff v. Robert Basil, et al.,* **Case No: 1:18-cv-02501**

Dear Judge Carter:

    We represent plaintiff Elizabeth Kennedy ("Plaintiff"). Pursuant to Your Honor's Individual Practice Rule 1(D), I write to request an extension of Plaintiff's time to submit her opposition to Defendants' cross-motion for summary judgment and a modification of the Court's briefing schedule. ECF No. 142.

    The reason for the request is due to a bad cold I have been suffering this past week which has caused office disruption and upcoming scheduling conflicts, including a trial in a separate matter and the Jewish High Holidays.

    This is the first request for an extension of the Court's last briefing schedule. Defendants consent to the extension request and the proposed revised scheduling order attached.

Respectfully,

Andrew R. Goldenberg