UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ELIZABETH KENNEDY, : 18-CV-2501 (ALC)

                             Plaintiff,

      -against- : **ORDER**

ROBERT BASIL, THE BASIL LAW GROUP
P.C., ARTIFECT LLC, WFT REALTY LLC,
WFT FASHION LLC,

                           Defendants.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Plaintiff's letter requesting an extension of time to file her reply papers to her summary judgment motions. Plaintiff is hereby **GRANTED** leave to file her reply papers in accordance with the following revised briefing schedule:

**Plaintiff's Replies to Defendants' Oppositions:**           November 25, 2019

**SO ORDERED.**

Dated: November 12, 2019
       New York, New York

                                          ANDREW L. CARTER, JR.
                                          United States District Judge