# EXHIBIT A

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT COURT OF NEW YORK

4  Civil Action No.:  1:18-cv-02501(ALC)(KNF)

5  -------------------------------------x

6  ELIZABETH KENNEDY,

7

8                            Plaintiff,

9          v

10

11  ROBERT BASIL, THE BASIL LAW GROUP P.C.,

12  ARTIFECT LLC, WFT REALTY LLC, WFT FASHION

13  INC.,

14                            Defendants/

15                            Counterclaim

16                            Plaintiffs.

17  -------------------------------------x

18  260 Madison Avenue

    New York, New York 10016

19  December 7, 2018

           a.m.                                      10:00

20

21      EXAMINATION BEFORE TRIAL OF ROBERT BASIL, held

22  at the above-mentioned time and place before

23  ANNMARIE OAKLEY, a Notary Public of the State of

24  New York.

25

|   |   |
|---|---|
|   | Page 89 |
| 1 | R. BASIL |
| 2 | owed? |
| 3 | A    Eventually there was a lot of talk about |
| 4 | the tax situation, that whoever was in charge of |
| 5 | payroll was not paying the withholding tax and I was |
| 6 | unware of that up to a certain point.  There's a |
| 7 | whole discussion we can have about that if you care |
| 8 | to have that now, but would you read back his |
| 9 | question I want to make sure I address what you |
| 10 | asked. |
| 11 | (The requested portion was |
| 12 | read by the court reporter.) |
| 13 | A    I don't remember other than the tax |
| 14 | situation.  It's possible, and I will say it's |
| 15 | possible because the company was always in a state |
| 16 | of insolvency, if you will.  It could not meet its |
| 17 | obligations.  I will define it differently this |
| 18 | time.  It could not meet its obligation as they came |
| 19 | do, and so the only way to pay people was for, in |
| 20 | someway, Robert Basil to step in individually or |
| 21 | through his companies.  Did EJ ever ask me to do |
| 22 | that outside of the tax situation I'm not sure but |
| 23 | it wouldn't surprise me if the answer is yes. |
| 24 | Q    When was the company insolvent for the |
| 25 | first time? |

R. BASIL

A Always.

Q So the company was always insolvent yet you kept pumping money into it?

A Yes. As far as I understand we got behind in accounts payable very early on. We never caught up, and at the end of the company we still owed approximately $900,000 just to vendors, so under the definition of insolvency that could the company pay its accounts as they came due, I'm not sure what the first date was but it was as far as I know it was very early where we fell behind in accounts payable and the only source of money was me.

Q And you kept pumping money into an insolvent company for what reason?

A Multiple reasons.

Q Name one.

A Support of the individuals I originally had committed, in my mind, to support, not pull the plug.

Q Did you think it would turn a profit at some point?

A The way you phrase it I would have to answer I didn't know.

Q You came into this not for profit as you