# EXHIBIT B

**In the Matter Of:**

KENNEDY vs BASIL

1:18-cv-02501

---

**ELIZABETH KENNEDY BOGOJEVIC**

*January 09, 2019*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
1                        E. Kennedy
2    him I told him that, and it was sort of an
3    ongoing conversation, that we would need to
4    continue to raise money until our sales could
5    support the business.
6         Q.    Okay.  Let's go back to paper.
7               (E-mail marked EK Exhibit 29 for
8         identification.)
9               (Handed.)
10        Q.    Please take a moment to review
11   that.
12        A.    Okay.
13        Q.    Down on the bottom of the first
14   page, last paragraph there, it says, this is
15   you writing to Bob, "I also know that you are
16   more exposed than you would like to be.  You
17   have gone in way deeper than you ever
18   intended."  What did you mean by that?
19        A.    Bob continually would say that he
20   didn't want to give us more money, that he
21   had already given us more than he expected
22   to, but then he kept giving us more money.
23   And when Shan came on board, Shan told Bob,
24   also, that he felt Bob was overexposed or Bob
25   had expressed that to him, but he still
```



```
 1                        E. Kennedy
 2   continued to fund the company.
 3             So I was just acknowledging that
 4   his contribution was significant and I
 5   understood that he had a lot of skin in the
 6   game, basically.
 7        Q.     But you wrote here that he has
 8   gone in deeper than he ever intended.  Are
 9   you saying that at the time he became
10   involved in this matter, he intended to give
11   only so much and now he is --
12        A.     It was not my impression, nor his
13   clearly, since he thought that the company
14   could turn a profit off of $250,000, and he
15   clearly didn't expect that he would need to
16   put in a million or $2 million to fund the
17   company.  We all knew that.  We all knew that
18   he didn't understand how much money this was
19   going to take.
20        Q.     Okay.  But you did?
21             MR. GOLDENBERG:  Objection.
22        A.     No, I didn't know.
23        Q.     Okay.  Was it his failure to
24   invest more money into the company that
25   caused it to shut down, in your view?
```



```
1                    E. Kennedy
2              Now, did you, in fact, start to
3    close down the company?
4         A.      Shortly after that, I cancelled
5    spring production.  Resort production was
6    90 percent done at this point.  We had
7    started mid November, started only because
8    Bob promised us that the factor, his money
9    was coming through, so we had to finish
10   Resort.  But, yeah, we basically ceased all
11   work on other operations.  But employees
12   stayed to finish Resort.
13        Q.      So you did not shut down the
14   company right away, you pursued Resort?
15        A.      When you shut down a company, you
16   don't just like turn off the lights and leave
17   abruptly.  We had hundreds of thousands of
18   dollars worth of deposits that were paid to
19   us by retailers, and money that we spent that
20   we would have been sued for, so we had to
21   complete the project that we had committed
22   to, that we had already been paid in part to
23   produce.
24        Q.      Looking, if you would, at the
25   second page of this document, this is
```



```
 1                    E. Kennedy
 2   Ms. Hardy's e-mail copied to you, sent to
 3   Robert Basil, "If you are not able to fund
 4   the 500,000, then Resort will not ship.  So
 5   we move to plan B, which means closing the
 6   business."
 7             I see that, as I read this, as a
 8   choice between getting $500,000, in which
 9   case Resort will ship, or shutting down the
10   business.  Do you disagree with that?
11        A.    It's possible she didn't
12   understand how far into Resort we were.  We
13   already had started shipping Resort at that
14   point.  We had to cancel some of Resort, a
15   substantial amount, because of this, and I
16   think she meant spring as well.
17             But we had already undergone --
18   we had started Resort in the fall.  We were
19   already producing it.
20        Q.    Did you explain to Mr. Brazil
21   that this Resort was already underway and
22   that finishing it was better than not
23   finishing it?
24        A.    He was well aware because
25   Artifect, who had placed Adam Victor as the
```



```
 1                    E. Kennedy
 2   VP of production, who was overseeing the
 3   manufacturing of this Resort production
 4   season was reporting back to Brian at least
 5   twice a week.  So what was Adam Victor doing
 6   there if not finishing the Resort production
 7   that he was placed there to complete.
 8        Q.    Well, if you were going to finish
 9   Resort why do you write, "I am sending
10   everyone home"?
11             MR. GOLDENBERG:  Asked and
12   answered.
13             MR. GROSSMAN:  No, it wasn't.
14             MR. GOLDENBERG:  Yes, it was.
15        A.    I've actually already answered
16   this.
17        Q.    Repeat it, please.
18        A.    I gave them the option.  I said:
19   Guys, I don't know what's happening, the
20   financial deal fell through for the second
21   time.  I have no idea when we are going to be
22   able to get money in.  I don't know if Bob's
23   going to change his mind, but right now I
24   have no update for you on your paychecks so
25   I'm giving you the option to leave and all of
```



```
 1                     E. Kennedy

 2   was enough to get us to a point where we

 3   could raise more money or we could at least

 4   keep the company going.

 5        Q.    So if instead of trying to keep

 6   the company going, you would have just shut

 7   down immediately?

 8        A.    Well, we did shut down because we

 9   didn't get the money.  We shut down like

10   three weeks after that.

11        Q.    But you did complete shipping of

12   Resort, did you not?

13        A.    We did, because we had a legal

14   liability to our stores because we had

15   collected money already for that product.  We

16   had to finish it.  We had already spent

17   hundreds of thousands of dollars on the

18   Resort collection.  It would have been --

19   first of all, illegal to shut down and not

20   ship the product that had been paid for.

21              Also, it just is illogical, why

22   would we not finish for a couple of weeks of

23   collection that we can then receive revenue

24   on.

25        Q.    Regardless of legal obligations
```



```
 1                        E. Kennedy
 2   aware that Resort had been shipped out?
 3        A.    No.  I didn't want him to have
 4   access to any funds that were coming in
 5   because he would, as he typically did in the
 6   past in these situations, freeze bank
 7   accounts, yank money out to pay himself money
 8   back, which he would have done for the
 9   payroll tax which he had just paid, or pull
10   out money to pay his loan to Noah Bank.
11              So it was crucial for the
12   company, it was in the best interest of the
13   company and for all of its members, to allow
14   this money to be spent, to pay the employees
15   and -- to get the product done so it could be
16   shipped.
17        Q.    So it went into your bank
18   account?
19        A.    Yes.
20        Q.    Then you write, "If he is smart
21   enough to see product in stores and realize
22   it's Resort, that's the only way he will find
23   out."  That doesn't have anything to do with
24   money, does it?
25        A.    No.
```

