USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ELIZABETH KENNEDY,

                     Plaintiff,

           -against-

ROBERT BASIL, THE BASIL LAW GROUP P.C.,
ARTIFECT LLC, WFT REALTY LLC, WFT
FASHION LLC,

                    Defendants.

------------------------------------------------------------------ x

18-CV-2501 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

      The Parties are hereby **ORDERED** to submit a Joint Status Report updating the Court on the status of the WFT Fashion, LLC bankruptcy proceedings on or before **March 3, 2020.**

**SO ORDERED.**

Dated:     February 27, 2020
              New York, New York

                                                      _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**