USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

ELIZABETH KENNEDY,                                               :
                                                                 :
                         **Plaintiff,**                              :
                                                                 :      **18-CV-2501 (ALC)**
      **-against-**                                           :
                                                                 :      **ORDER**
ROBERT BASIL, THE BASIL LAW GROUP P.C.,      :
ARTIFECT LLC, WFT REALTY LLC, WFT                 :
FASHION LLC,                                                    :
                                                                 :
                         **Defendants.**                          :

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Joint Status Report filed on April 21, 2020. ECF No. 199.

Plaintiff and Defendants are hereby **GRANTED** leave to file summary judgment motions that

address all claims, counterclaims, and defenses.  These motions should include any arguments

regarding the ownership of the disputed Trademarks and jurisdictional arguments regarding

whether the Court should retain jurisdiction if Plaintiff's Trademark claims are dismissed.

Third-Party Defendant is also **GRANTED** leave to file a motion to dismiss Defendants' third-

party complaint.  The Parties should proceed in accordance with the following briefing

schedule for their cross-motions for summary judgment and motion to dismiss:


    **Moving Briefs**                                  **July 3, 2020**

    **Opposition Briefs**                           **July 24, 2020**

    **Reply Briefs**                                      **August 7, 2020**


**SO ORDERED.**

**Dated:**      **June 9, 2020**
               **New York, New York**

                                   _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**