USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                             :

ELIZABETH KENNEDY,                :        **18-CV-2501 (ALC)**

                          Plaintiff,       :

            -against-                :        **ORDER**

ROBERT BASIL, THE BASIL LAW GROUP
P.C., ARTIFECT LLC, WFT REALTY LLC,
WFT FASHION LLC,

                        Defendants.
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiff's letter requesting an extension of time to file opposition papers to Defendants' motions for summary judgment. The Parties are hereby **GRANTED** leave to file summary judgment papers in accordance with the following revised briefing schedule:

    **Opposition Briefs:**                          **August 7, 2020**

    **Reply Briefs:**                                   **August 21, 2020**

**SO ORDERED.**

Dated: July 22, 2020
         New York, New York

                                                        _____
                                                         ANDREW L. CARTER, JR.
                                                         United States District Judge