UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ELIZABETH KENNDEY,

                      Plaintiff,                            18 **CIVIL** 2501 (ALC)

        -against-                            **JUDGMENT**

ROBERT BASIL, ET AL.,

                      Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2021, Plaintiff's motion for summary judgment as to her Trademark Claims is **DENIED**. Defendant WFT Fashion's motion for summary judgment is **GRANTED** as to the Trademark Claims, which are hereby dismissed with prejudice. As the Court declines to exercise supplemental jurisdiction over the remaining state law claims, these claims are dismissed without prejudice. The remaining motions pending before the Court are **DENIED** as moot.; accordingly, this case is closed.

Dated:  New York, New York
           March 31, 2021

                                                          **RUBY J. KRAJICK**

                                                          Clerk of Court

                                   BY:

                                                          **Deputy Clerk**